UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHANNON LAPELL )
        Plaintiff, )
  )
v. ) **JUDGMENT**
  )
  ) No. 5:21-CV-75-FL
KILOLO KIJAKAZI, Acting Commissioner )
of Social Security, )
        Defendant. )
  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation regarding plaintiff's motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 26, 2022, it is ordered that defendant pay to plaintiff $2,580.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on April 26, 2022, and Copies To:**
Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

April 26, 2022                PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk